IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARNETT A. BARNES,<br><br>Plaintiff,<br><br>vs.<br><br>POST MASTER GENERAL, USPS, United States Postal Service; KEN GRAHAM, ARCHIE ANDERSON, ROBERT BEHM, and ELI LISIECKI,<br><br>Defendants. | **8:26CV372**<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the court after a review of the docket. Fed. R. Civ. P. 4(m) provides "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Pursuant to this court's rules, "[a]t any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." *See* NECivR 41.2. Plaintiff commenced this action on July 30, 2026, and has not requested summons or taken any other action. (Filing No. 1).

Accordingly,

IT IS ORDERED Plaintiff shall have until November 23, 2026, to show cause why this case should not be dismissed for failure to serve Defendants under Fed. R. Civ. P. 4.

and for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 2nd day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge